Justice CASTILLE, Justice NEWMAN and Justices SAYLOR, EAKIN and BAER join the opinion.

Former Justice NIGRO did not participate in the consideration or decision in this matter.

H. William DEWEESE, House Minority Leader and Member of the House Rules Committee, and Mike Veon, Democratic Whip of the House of Representatives, Appellees

v.

Honorable Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Appellant.

John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

H. William Deweese, House Minority Leader and Member of the House Rules Committee, and Mike Veon, Democratic Whip of the House of Representatives

v.

Honorable Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

Appeal of John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

Supreme Court of Pennsylvania.

Sept. 28, 2006.

wealth a full and complete record of this case in accordance with 42 Pa.C.S. § 9711(i).

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2006, the Order of the Superior Court is hereby **AFFIRMED.**

Chief Justice Cappy did not participate in the consideration or decision of this matter.

Christine **WALTER** and Sharon King, on behalf of themselves and all other similarly situated individuals, Appellants

v.

**MAGEE WOMENS HOSPITAL OF UPMC HEALTH SYSTEM,** University of Pittsburgh Medical Center Health System, Trevor A. MacPherson and George Michalopoulos, Appellees.

Supreme Court of Pennsylvania.

Argued Sept. 11, 2006.

Decided Sept. 28, 2006.

The **FRIENDSHIP PRESERVATION GROUP, INC.,** a Pennsylvania Corporation, AZ, Inc., a Pennsylvania Corporation, d.b.a. Cafe Sam, and Andrew Zins, an Individual

v.

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF PITTSBURGH and UPMC Shadyside.**

**Appeal of UPMC Shadyside.**

Supreme Court of Pennsylvania.

Argued Feb. 28, 2006.

Decided Oct. 5, 2006.

Thomas E. Groshens, Richard A. Sprague, Robert C. Daniels, Philadelphia, for appellant.

William A. Pietragallo, II, Pittsburgh, for appellee.

Lisa Whitcomb Clark, David Edwin Loder, Philip H. Lebowitz, Philadelphia, for appellee amicus curiae.

William R. Sittig, Jr., for UPMC Shadyside.

George R. Spector, for Zoning Board of Adjustment of the City of Pittsburgh.